OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Tel:
267-2

www.ca3.uscourts.gov

August 16, 2002

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

RE: Docket No. 01-3937
    Kreiger  vs. PA Ofc Atty Gen
    D. C. CIV. No. 00-cv-02094

RECEIVED
HARRISBURG, PA
AUG 20 2002
MARY E. D'ANDREA, CLERK
Per _____

Dear Mrs. D'Andrea:

Enclosed is a certified copy of the judgment in the above-entitled case(s), together with copy of the opinion. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

(X) We release herewith the certified list in lieu of the record.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Anthony Infante
Case Manager

Enclosure
cc:
  Anser Ahmad, Esq.
  Daniel J. Doyle, Esq.



UNITED STATES DISTRICT COURT
FOR THE THIRD CIRCUIT

No. 01-3937

FILED
HARRISBURG, PA

AUG 2 0 2002

ELISA E. KREIGER,

Appellant

MARY E. D'ANDREA, CLERK
Per _____

v.

PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL

On Appeal from the United States District Court
for the Middle District of Pennsylvania
Civil Action No. 00-cv-02094
Honorable J. Andrew Smyser, U.S. Magistrate Judge

Submitted Under Third Circuit LAR 34.1(a)
July 12, 2002

Before: SCIRICA and GREENBERG, <u>Circuit Judges</u>, and FULLAM, <u>District Judge</u>*

JUDGMENT

This cause came to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted under Third Circuit

---

*Honorable John P. Fullam, Senior Judge of the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

LAR 34.1(a) on July 12, 2002.

After consideration of all contentions raised by the appellant, it is

ADJUDGED and ORDERED that the judgment of the District Court entered on September 24, 2001 be and is hereby affirmed. Costs taxed against appellant. All in accordance with the Opinion of the Court.

ATTEST:

*Kathleen Brouwer*
Acting Clerk

Dated: 25 July 2002

**Costs Taxed in Favor of the Attorney General of Pennsylvania as follows:**

Total for Brief...................$37.80

Total...................$37.80

```
Certified as a true copy and issued in lieu
of a formal mandate on August 16, 2002

Teste: Kelly A. Glaum
Acting Clerk, United States Court of Appeals
for the Third Circuit
```

**NOT PRECEDENTIAL**

UNITED STATES DISTRICT COURT
FOR THE THIRD CIRCUIT

No. 01-3937

ELISA E. KREIGER,

Appellant

v.

PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL

On Appeal from the United States District Court
for the Middle District of Pennsylvania
Civil Action No. 00-cv-02094
Honorable J. Andrew Smyser, U.S. Magistrate Judge

Submitted Under Third Circuit LAR 34.1(a)
July 12, 2002

Before: SCIRICA and GREENBERG, Circuit Judges, and FULLAM, District Judge*

(Filed: July 25, 2002)

---

*Honorable John P. Fullam, Senior Judge of the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

## OPINION OF THE COURT

PER CURIAM:

Appellant sued her former employer, the Pennsylvania Office of the Attorney General, for violating her rights under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq.*, and the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq.*, and for causing her emotional distress by terminating her employment. The magistrate judge to whom the case was assigned with the consent of the parties granted the defendant's motion to dismiss, because the Office of Attorney General is an agency of the Commonwealth of Pennsylvania, 71 P.S. § 732-201, and is immune from suit in federal court by reason of the Eleventh Amendment of the United States Constitution. This appeal followed.

It is clear that the magistrate judge was correct. The United States Supreme Court has squarely held that the ADA did not validly abrogate the Eleventh Amendment immunity of states and their agencies. *Board of Trustees of the University of Alabama v. Garrett*, 521 U.S. 356, 121 S.Ct. 55 (2001). *See also, Lavia v. Commonwealth of Pennsylvania,* 224 F.3d 190 (3d Cir. 2000). Plaintiff contends that the *Garrett* decision is "unconstitutional" and should be reconsidered. Needless to say, this court has no authority to overrule a decision of the United States Supreme Court.

Appellant concedes that her claim under FMLA is barred by the Eleventh

2

Amendment, as this court decided in *Chittister v. Department of Community & Econ. Development*, 226 F.3d 223 (3d Cir. 2000).

Plaintiff further argues that she should be permitted to pursue claims for equitable relief. This, too, is an erroneous view of the law. The Eleventh Amendment bars claims against state agencies "regardless of the nature of the relief sought." *Pennhurst State School & Hospital v. Halderman*, 465 U.S. 89, 100 (1984); *see also Puerto Rico Aqueduct & Sewer Authority v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 146 (1993).

The judgment appealed from will be affirmed.

———

TO THE CLERK:

Please file the foregoing opinion.

_____
District Judge

3